# EXHIBIT A



102 W Service Rd # 384
Champlain NY 12919


September 29, 2025

00766-ADFSON 1006 AUTO *019941

Gabriele Willis

███████████████████████████

### Re: Notice of Data Breach /Data Security Incident

**Dear Gabriele Willis**

As you may be aware, WestJet, an Alberta Partnership ("WestJet") recently experienced a cybersecurity incident. We are writing to update you on our investigation, which involved some of our systems which hold your personal information. This incident is now resolved.

Please read this notice carefully as it provides up-to-date information on what happened, how your personal information may be involved, the steps we have taken, and some steps you can take, including how to obtain free monitoring and identity theft protection services.

Importantly, credit card or debit card numbers, expiry dates and CVV numbers, and guest user passwords, were not compromised, and our systems are fully secure. At no time was the safety and integrity of our operations ever in question.

### What Happened?

On June 13, 2025, we identified suspicious activity on our WestJet systems. We immediately investigated and determined that these were the actions of a sophisticated criminal third party, who gained unauthorized access to our systems. With the assistance of internal and external experts, we took immediate steps to secure our environment and started a technical and forensic investigation to identify the nature and scope of the event. This included identifying any data that may have been affected. The investigations to date have established that the unauthorized third party obtained certain data from our network. Since making that determination, we diligently conducted an extensive analysis of that data to identify specific data elements and locate current contact information for certain United States residents who were impacted. As of September 15, 2025, we completed our analysis and as a result are providing this notice.

### What information was involved?

The types of personal information involved by this incident vary by individual but may include your name, date of birth, mailing address, information about the travel document you used when travelling with WestJet (such as your passport or other government issued identification document or number) and other information associated with your travel needs such as accommodations requested or complaints filed. No credit card or debit card numbers, expiry dates or CVV numbers or account passwords were involved.

If you are a WestJet Rewards Member, information linked to your membership may have also been involved. This could include your WestJet Rewards ID number and points balance on the date of the incident, as well as other information linked to the use of your account. Importantly, your password to access Rewards accounts was not involved. WestJet has no reason to believe that your points may be at risk.

If you are a WestJet RBC Mastercard, WestJet RBC World Elite Mastercard, or WestJet RBC World Elite Mastercard for Business cardholder, additional information linked to your WestJet Rewards account may have also been involved. This may include a credit card identifier type (e.g. "World Elite"), and information about changes to your WestJet points balance. Your credit card number, expiration date and CVV are not involved.





## Steps You Can Take to Help Protect Your Personal Information

**Review Your Account Statements and Notify Law Enforcement of Suspicious Activity**: As a precautionary measure, we recommend that you remain vigilant by reviewing your account statements and credit reports closely. If you detect any suspicious activity on an account, you should promptly notify the financial institution or company with which the account is maintained. You also should promptly report any fraudulent activity or any suspected incidence of identity theft to proper law enforcement authorities, your state attorney general, and/or the Federal Trade Commission (the "FTC"). Out of an abundance of caution, if you would like to take additional measures to protect against identity theft, the FTC provides general advice here: https://consumer.ftc.gov/features/identity-theft.

**Copy of Credit Report**: You may obtain a free copy of your credit report from each of the three major credit reporting agencies once every 12 months by visiting www.annualcreditreport.com/, calling toll-free 1-877-322-8228, or by completing an Annual Credit Report Request Form and mailing it to Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA 30348. You also can contact one of the following three national credit reporting agencies:

| **Equifax** | **Experian** | **TransUnion** |
|---|---|---|
| P.O. Box 105851 | P.O. Box 9532 | P.O. Box 2000 |
| Atlanta, GA 30348 | Allen, TX 75013 | Chester, PA 19016 |
| 1-800-525-6285 | 1-888-397-3742 | 1-833-799-5355 |
| **www.equifax.com** | **www.experian.com** | **www.transunion.com/get-credit-report** |

**Fraud Alert**: You may want to consider placing a fraud alert on your credit report. An initial fraud alert is free and will stay on your credit file for at least one year. The alert informs creditors of possible fraudulent activity within your report and requests that the creditor contact you prior to establishing any accounts in your name. To place a fraud alert on your credit report, contact any of the three credit reporting agencies identified above. Additional information is available at **www.annualcreditreport.com**. For TransUnion: **www.transunion.com/fraud-alerts**.

**Security Freeze**: You have the right to put a security freeze on your credit file for up to one year at no cost. This will prevent new credit from being opened in your name without the use of a PIN number that is issued to you when you initiate the freeze. A security freeze is designed to prevent potential creditors from accessing your credit report without your consent. As a result, using a security freeze may interfere with or delay your ability to obtain credit. You must separately place a security freeze on your credit file with each credit reporting agency. In order to place a security freeze, you may be required to provide the consumer reporting agency with information that identifies you including your full name, Social Security number, date of birth, current and previous addresses, a copy of your state-issued identification card, and a recent utility bill, bank statement or insurance statement. For TransUnion: **www.transunion.com/credit-freeze**.

**Additional Free Resources:** You can obtain information from the consumer reporting agencies, the FTC, or from your respective state Attorney General about fraud alerts, security freezes, and steps you can take toward preventing identity theft. You may report suspected identity theft to local law enforcement, including to the FTC or to the Attorney General in your state.

| **Federal Trade Commission** | **Maryland Attorney General** | **Oregon Attorney General** |
|---|---|---|
| 600 Pennsylvania Ave, NW | 200 St. Paul Place | 1162 Court St., NE |
| Washington, DC 20580 | Baltimore, MD 21202 | Salem, OR 97301 |
| consumer.ftc.gov | www.marylandattorneygeneral.gov/Pages/CPD | www.doj.state.or.us/consumer-protection |
| 877-438-4338 | 888-743-0023 | 877-877-9392 |
| | | |
| **California Attorney General** | **New York Attorney General** | **Rhode Island Attorney General** |
| 1300 I Street | The Capitol | 150 South Main Street |
| Sacramento, CA 95814 | Albany, NY 12224 | Providence, RI 02903 |
| www.oag.ca.gov/privacy | 800-771-7755 | www.riag.ri.gov |
| 800-952-5225 | ag.ny.gov | 401-274-4400 |



## Services Description

We have arranged a 24-month subscription to *my*TrueIdentity®, which specializes in online credit monitoring and remediation services, at no cost to you.

We encourage you to take advantage of this service by enrolling online. To activate your service, please visit:

**www.mytrueidentity.com**

When prompted please provide the following unique code to receive services:

**FLTNBDXCPLYT**

Please ensure that you redeem your activation code before December 31, 2025 to take advantage of the service.

Enrollment requires an internet connection and e-mail account and is not available to minors under the age of 18. Please note that when signing up for monitoring services, you may be asked to verify personal information for your own protection to confirm your identity.

Upon completion of the online activation process, you will have access to the following features:

- ✓ Unlimited online access to your TransUnion credit report, updated daily. A credit report is a snapshot of your financial history and one of the primary tools leveraged for determining credit-related identity theft or fraud.
- ✓ Unlimited online access to your TransUnion VantageScore 3.0 Credit Score, updated daily. A credit score is a three-digit number calculated based on the information contained in your TransUnion credit report at a particular point in time.
- ✓ Credit monitoring, which provides you with email notifications to key changes on your TransUnion credit report. In today's virtual world, credit alerts are a powerful tool to help protect you against identity theft, enable quick action against potentially fraudulent activity and provide you with additional reassurance.
- ✓ Access to online educational resources concerning credit management, fraud victim assistance and identity theft prevention.
- ✓ Access to Identity Restoration agents who are available to assist you with questions about identity theft. In the unlikely event that you become a victim of fraud; a personal restoration specialist will help to resolve any identity theft. This service includes up to $1,000,000 of expense reimbursement insurance[1].
- ✓ Dark Web Monitoring, which monitors surface, social, deep, and dark websites for potentially exposed information and helps protect you against identity theft.

Should you require technical support with *my*TrueIdentity®, please contact TransUnion, at 1-844-787-4607, Monday to Friday, between 8:00 a.m. and 8:00 p.m. Eastern Standard Time.

C9011567368



---

[1] Expense reimbursement insurance is only available upon successful enrollment in the online credit monitoring service.