Amber L. Schubert (S.B.N. 278696)
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union. St., Suite 200
San Francisco, California 94123
Telephone: (415) 788-4220
aschubert@sjk.law

*Interim Class Counsel*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WESTJET AIRLINES DATA BREACH LITIGATION<br><br>--------------------------------------------<br><br>This Document Relates to: All Actions | Case No. 3:25-cv-02785-LL-MSB<br><br>**DECLARATION OF AMBER L. SCHUBERT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO WESTJET'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT**<br><br>Judge:     Hon. Linda Lopez<br>Ctrm:      14B |

DECLARATION OF AMBER L. SCHUBERT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO WESTJET'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT
CASE NO. 3:25-cv-02785-LL-MSB

I, **Amber L. Schubert,** hereby declare:

1.      I am one of the attorneys for the Plaintiffs in the State of California and before this Court. I am a partner at Schubert Jonckheer & Kolbe LLP and Interim Class Counsel for Plaintiffs in the above-titled action. I make this declaration in support of Plaintiffs' Opposition to WestJet's Motion to Dismiss Plaintiffs' Consolidated Complaint. The matters set forth herein are of my own personal knowledge, and if called and sworn as a witness, I could competently testify regarding them.

2.      Attached as Exhibit A is a true and correct copy of Defendant WestJet's Privacy Statement, which is publicly available at https://www.westjet.com/en-us/legal/privacy-policy and cited in Paragraph 32 and Footnote 12 of Plaintiffs' Consolidated Complaint filed on January 5, 2026 (ECF 10).

3.      Attached as Exhibit B is a true and correct copy of Defendant WestJet's Loyalty Program Privacy Statement, which is publicly available at https://www.westjet.com/en-us/rewards/terms-conditions/privacy and cited in Paragraph 33 and Footnote 13 of Plaintiffs' Consolidated Complaint filed on January 5, 2026 (ECF 10).

I declare under penalty of perjury that the foregoing is true and correct.


**Executed:**   March 20, 2026 in San Francisco, California.


**By:**        /s/ *Amber L. Schubert*
                Amber L. Schubert

---

DECLARATION OF AMBER L. SCHUBERT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO WESTJET'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT
CASE NO. 3:25-cv-02785-LL-MSB