# Exhibit A

Sign in

Flights    Offers    (/en us) **Manage Trips**    **Check In (/en-us/manage/check-in)**    **Flight Status (/en-us/flights/status)**    **WestJet Rewards**    Help    

Home (/en-us)    •    Legal (/en-us/legal)    •    Privacy statement

# Privacy statement

## Revised privacy statement

Sunwing Vacations Inc. and WestJet Vacations Inc. amalgamated as Sunwing Vacations Inc. on December 31, 2024. As a result of this amalgamation, all personal information that was previously within the custody and control of WestJet Vacations Inc. is now under the custody and control of Sunwing Vacations Inc.  We have refreshed our privacy statement to reflect this amalgamation and to update the affiliates and subsidiaries with whom personal information may be shared. We have also created a separate privacy statement for WestJet Rewards Loyalty Program; all related information previously found in the main WestJet Privacy Statement can now be found in the WestJet Rewards Loyalty Program privacy statement (/en-us/rewards/terms-conditions/privacy). You may contact our Privacy Officer (mailto:privacy@westjet.com) with any questions.

**ON THIS PAGE**

**Who is WestJet?**  (/en-us/legal/privacy-policy#westjet)

**What's personal information?**  (/en-us/legal/privacy-policy#personal)

**What about consent?**  (/en-us/legal/privacy-policy#consent)

**What personal information does WestJet collect and how?**  (/en-us/legal/privacy-policy#personal-info)

**How does WestJet use personal information?**  (/en-us/legal/privacy-policy#info-uses)

**How does WestJet disclose personal information?**  (/en-us/legal/privacy-policy#disclosure)

**How does WestJet protect my personal information?**  (/en-us/legal/privacy-policy#info-protection)

**What options do I have with respect to my personal information?**  (/en-us/legal/privacy-policy#my-options)

**Local differences – United Kingdom and European Economic Area**  (/en-us/legal/privacy-policy#local-differences)

At WestJet, we are committed to respecting and safeguarding your privacy. This privacy statement (the "**Privacy Statement**") describes how we collect, use and disclose personal information. This Privacy Statement applies to the websites to which it is posted. For clarity, the Privacy Statement has not been posted on sunwing.ca.

By providing us with your personal information and using any of the products or services provided by us that link to this Privacy Statement, you indicate your acceptance of this Privacy Statement, as well as any other terms that are described to you when your personal information is collected. If you do not agree with or are not comfortable with any aspect of this Privacy Statement, please do not use such products or services or otherwise provide your personal information to us.

We reserve the right to update or modify this Privacy Statement at any time with or without prior notice, as required or permitted by applicable law, including by posting an updated version on this website, at which time we will update the effective date of this Privacy Statement to alert you of a change. Each time you use products or services that link or otherwise refer to this Privacy Statement, the version of this Privacy Statement then posted will apply to that use, so you should check this Privacy Statement each time you use such products or services. This version is dated April 30, 2025.

## Who is WestJet?

For the purposes of this Privacy Statement, "WestJet", "we" or "us" means WestJet, an Alberta partnership, WestJet Group Inc. and their respective controlled affiliates and subsidiaries[i] (other than Sunwing Vacations Inc. and Sunwing Airlines Inc. (together, "Sunwing")) that are responsible for ensuring that we comply with relevant data protection laws when processing your personal information. This Privacy Statement applies to personal information collected, used and disclosed by WestJet.

This is our main general Privacy Statement that applies across our business. We have separate privacy policies that set out how we process the personal information of (i) employees, which prospective, current and former employees should refer to; (ii) members of WestJet Rewards (/en-us/rewards/terms-conditions/privacy.), which WestJet Rewards members should refer to, and; (iii) Sunwing ⧉ customers, which customers of Sunwing should refer to.

# What is personal information?

Personal information is information about an identifiable person, including information that reasonably can be used to identify a person, directly or indirectly, or would enable contact with a person. Personal information can be identification information (name, date of birth, passport number), contact information (telephone number, email address and social media handle), travel information (reservation number, travel destination), and general information relating to your interactions with WestJet (transaction information and information about how you use WestJet's website collected through "Cookies," which is data that is sent to your browser from a website's computer, and stored on your computer's hard drive or mobile device). Personal information does not include anonymous information or information that relates to a group of people rather than individuals where the information does not otherwise contain identifying information. The most important types of personal information for you to know about in relation to this Privacy Statement are outlined below.

## Special categories of personal information

This is information about your health, financial information, racial or ethnic origin, political opinions, religious or philosophical beliefs and trade union membership, your genetic data and biometric data, and information concerning your sex life or sexual orientation. These categories of personal information often have additional protection under data protection laws around the world, and local data protection laws may limit the way in which we can use this information when compared to, for example, your name and address.

## Criminal convictions information

This is information relating to your criminal convictions and offences. Local data protection laws may restrict the way in which we can use this information when compared to, for example, your reservation number and travel destination.

# What about consent?

WestJet collects, uses and discloses personal information with your knowledge and consent (unless otherwise required or allowed by law). We limit the collection, use and disclosure of your personal information to the purposes we have identified in this Privacy Statement. If we identify a new purpose for your personal information, we will update this Privacy Statement and/or contact you to obtain your consent for the new purpose (unless otherwise allowed or required by law).

Where we process your personal information on the basis of your consent, you can withdraw your consent to our collection, use or disclosure of your information at any time. Once we receive notification that you have withdrawn your consent, we will no longer process your personal information for the purpose(s) to which you originally consented (unless there is another legal ground for the processing). Please note that where we rely on your consent to process your personal information and you choose to withdraw your consent, we will advise you of any consequences of the withdrawal of your consent as sometimes, withdrawing consent means we can no longer provide a product or service to you.

# What personal information does WestJet collect and how?

Generally, we collect your personal information directly from you (either over the phone, through our mobile applications or other digital platforms), where necessary to provide you with the products and services we offer. For example, if you would like to fly with us or book a hotel through us, browse our website, participate in a program we offer, use a WestJet-branded credit card or enter a contest we sponsor, you will be asked for certain types of personal information.

We may also collect personal information from Sunwing, a third party service provider or someone acting on your behalf. Unless and until we are advised otherwise, we will consider a third party booking on your behalf to have your authority to provide us with your personal information in the same manner as if you were providing that information yourself.  In the case of personal information of minors or those incapable of providing consent, those consenting on their behalf must be parents, legal guardians or legal representatives, as appropriate. Parents, legal guardians or legal representatives will exercise privacy and data protection rights on behalf of such individuals.  See "Services booked for you by someone else" below for further information.

Here is a list of some of the personal information we might collect, including when and how we might collect it (this list includes only some examples and is not exhaustive):

- Your full name, date of birth, nationality, gender, marital status, contact information (such as your address, telephone number and email address), and credit card number or other payment information, which you (or someone acting on your behalf) provide when you book a domestic or any other flight with us.
- Your passport number, permanent residence card number and visa information you provide when you book an international flight with us.
- Your credit card information, which you (or someone acting on your behalf) provide when you redeem rewards for WestJet services using a third-party rewards program partner.
- Information about your transactions with us or third parties (like air carriers, hotels, transportation and other service providers) where we coordinate the transactions for you (like when you redeem rewards). We may collect this information directly from you or through third parties.
- Any information necessary to fulfil special requests, like medical information about you, dietary requests and/or the special equipment you need to bring on the

aircraft with you, to accommodate a medical condition. We generally collect this information directly from you (or from someone acting on your behalf).

- How you interact with the applications and technologies that we employ on our website when you access westjet.com and Cookies and other technologies are enabled on your computer or device. This is described further below and includes your computer or mobile device's information (like your unique device identifier, unique device token to facilitate push notifications through mobile apps, identifiers associated with equipment or systems, mobile manufacturer or carrier, mobile or data network systems, location or GPS/geo-location when you activate location functions, mobile number, passwords and payment information).
- Your permanent resident card number, citizenship, immigration visa number, the means by which you paid for your flight, and details as to how you booked your flight when legally required to do so by a government authority. We generally collect this information directly from you (or from someone acting on your behalf).
- Your age range, income range, occupation, and transactional information from your financial institution when you use your WestJet-brand credit card and have opted-in for personalized promotions and offers (which you can opt out of at any time).

# How does WestJet use personal information?

The way WestJet uses your personal information may differ depending upon how you interact with us, and what services or products you request and we provide. The sections below provide details on specific ways that we may use your personal information.

## Services provided directly by WestJet

Here is a list of some of the ways we use your personal information when you, or someone on your behalf, book services provided directly by WestJet (this list includes only some examples and is not exhaustive):

- Process your request to book a flight.
- Contact you about your booking, including schedule changes or cancellations.
- Identify you to permit you to board an aircraft.
- Notify you that WestJet travel credits have been created or are about to expire.
- Process a refund.
- Confirm identification and timing relating to the process of dropping off and meeting a minor registered in our unaccompanied minor program.
- Review medical information to ensure that you qualify for a special arrangement, and to better assure the health and safety of all concerned in accommodating your special arrangement.
- Contact you following your flight to ask about your experiences in the form of a survey (which you can opt out of at any time).

## Services booked for you by someone else

If a third party like a travel agent, family member or employer makes a booking or request on your behalf, WestJet uses your personal information as provided by them to manage those booking or requests. The way in which that third party collects, uses and discloses your personal information is subject to your dealings with them and their privacy policies and practices, not those of WestJet. Any inquiries about the privacy policies and practices of third parties should be directed to them.  That third party is responsible for obtaining your consent for the collection, use and disclosure of your personal information by WestJet as described in this Privacy Statement; they are also responsible for advising you of this Privacy Statement, including any amendments.

## Services provided by WestJet partners

When you book a hotel room, a car rental and/or any other service made available through a third party to WestJet, WestJet uses your personal information to confirm, provide and/or otherwise facilitate the service you have booked. Any such third party is responsible for obtaining your consent for the collection, use and disclosure of your personal information by WestJet as described in this Privacy Statement, and advising you of this Privacy Statement, including any amendments.

WestJet also engages third parties for information technology, data processing, data storage and other services that assist us with delivering products and services to you. We use your personal information when interacting, engaging with or using the services of these third parties, in accordance with this Privacy Statement and other contractual arrangements entered into with such parties that stipulate how your personal information is to be processed.

## Government authorities

WestJet uses your personal information where required by Canadian or international government authorities in accordance with applicable law.

## WestJet-brand credit card

If you have a WestJet-brand credit card, we use personal information to administer products and services like WestJet Rewards, to fulfil redemption requests and to serve you relevant advertising. If available, you may also opt-in to provide personal information that WestJet will use to provide you with a more tailored program experience based on where you shop, including more personalized and relevant offers, travel benefits, programs and awards opportunities. You can find more information about the type of personal information used in relation to WestJet-brand credit cards by reviewing the cardholder agreement issued by your financial institution, which was included with your credit card.

## Guest feedback

WestJet has a feedback section on our website where guests can submit comments. If you submit comments through this process, WestJet may use your personal information for training or employee recognition, and we may publish your comments internally.

## Promotional contests

WestJet offers promotions from time to time. If you enter a promotional contest, we use your personal information to administer the promotional contest, to confirm your eligibility according to the specific contest rules, and to communicate with you in the event you are a winner. Other information related to the promotion or contest may be used if required by law or by the particular type of promotion.

## Cookies and other technology

If you use WestJet's mobile application and/or access WestJet's website or other online platforms, we use Cookies to track your movements, interactions, usage patterns and habits in order to better understand and meet your preferences for website use, to provide you with a customized experience when you visit, and to serve you advertising. We use third-party advertising technology to serve customized ads to you and while doing so, a third-party Cookie may be placed or recognized by your browser. If you want to opt out of customized advertising through AdChoices, simply click on the AdChoices Icon in a banner ad. If you want to opt out of customized advertising on Facebook, click the x icon or Close icon on the top right corner of a Facebook ad and select 'Why am I seeing this?'. If you want to opt out of receiving interest-based ads on Amazon, visit the relevant Amazon Ads Preferences page, the Digital Advertising Alliance's opt-out page, YourOnlineChoices page for your location, or the Digital Advertising Alliance of Canada's opt-out page, as applicable.

WestJet uses pixels or transparent GIF files, often referred to as "Web Beacons", to help manage and optimize our online advertising. These are provided by external entities like Google, Amazon, and Facebook and other social media companies, and enable our ad servers to recognize a browser's Cookie when a browser visits our website, and to learn which banner ads bring users to our website. The technology may also allow other service providers to receive information from our website related to our online advertising. Cookies and Web Beacons do not contain your name, address, telephone number, or email address.

# How does WestJet disclose personal information?

WestJet discloses personal information as reasonably required to process your request for travel services, including flights, hotel and car bookings, to provide other requested services to you, to display relevant advertising, as is required or permitted by law, to Sunwing in connection with your use of the services provided by Sunwing, or as otherwise set out in this Privacy Statement. Here is a list of some of the ways we might disclose your personal information (this list includes only examples and is not exhaustive):

- Medical information to third party medical personnel where you have requested special arrangements due to a medical condition.
- Flight number, flight timing, and confirmation that you boarded your flight, to the individual who booked your flight after they have adequately identified themselves.
- Contact or other information to law enforcement to assist in a legally-authorized investigation.
- Credit card information and reservation details to our travel insurance provider after you purchased travel insurance with them through our website.
- Reward program-related information to participating partners and merchants to administer the applicable reward program or to fulfill your redemption requests under the reward program.
- Personal information to the U.S. government because your flight crosses U.S. airspace.
- Personal information to a governmental entity, law enforcement or a third party where required or authorized by law, regulation, search warrant, subpoena or court order or if we determine it is necessary or desirable to comply with the law or to protect or defend our rights or property.
- Information related to your redemption of WestJet points, including redemption amount, destination and use of companion voucher and free checked bags to the financial institution that issued you a WestJet-brand credit card.
- Contact information to organizations with programs that are affiliated to WestJet or that might interest you so that they can get in touch with you and offer their products and/or services. This personal information is only disclosed with your consent, which you may withdraw at any time.
- We also reserve the right to disclose and/or transfer personal information to a related party in the event of a proposed or completed corporate reorganization and to a related party or third party in the event of a proposed or completed purchase, sale (including a liquidation, realization, foreclosure or repossession), lease, license, merger, amalgamation or any other type of acquisition, disposal, transfer, conveyance, financing, the taking of security on, or securitization of all or any portion of WestJet or of any of the business or assets or shares of WestJet or a division thereof, in order for you to continue to receive the same products and services from such related party or third party.

• We may also disclose aggregated and anonymized information, which no longer allows an individual to be directly or indirectly identified, for study or research purposes, for the production of statistics, and such other purposes as permitted by applicable law.

# How does WestJet protect my personal information?

## Security

WestJet has sophisticated security measures and procedures in place to help ensure that your personal information is protected from misuse and from unauthorized access, use or disclosure. However, no data transmission over the internet can be guaranteed to be 100% secure. We cannot ensure the security of the information you transmit to us over the internet.

## Data governance policies and practices

WestJet is committed to protecting your personal information and has implemented a comprehensive set of policies and practices to do so. These measures take into account the volume, sensitivity, intended use, and format of the information, and generally include the following:

• We have established a comprehensive privacy framework that defines the roles and responsibilities of our employees throughout the data lifecycle. This framework includes policies governing the collection of data, data retention and secure disposal of data. In addition, our policy framework includes a process for handling privacy complaints in a timely and effective manner. Through these and additional measures, we work to promote a culture of privacy awareness within our organization.
• Internal policies and technical measures to limit access to your personal information within our organization to employees who need access to that information to perform their job functions. For example, depending on the nature and context of our interaction with you, certain types of information may be accessed by our guest support team to respond to complaints and inquiries. Any access or use of your personal information is subject to our internal privacy and data security policies.
• A dedicated Privacy Officer responsible for monitoring our compliance with applicable privacy laws and regulations and responding to privacy inquiries and complaints.

## Retention of information

Personal information collected by WestJet is retained for as long as it is reasonably required for the purposes for which it was collected, or as permitted or required by law, following which it is securely destroyed or made anonymous.

## Profiling and automated decision making

We use profiling (where an electronic system uses personal information to try and predict something about you) to provide you with customized experiences and serve you customized advertising.

Apart from the use of technologies such as cookies to serve you customized advertising as described above under the heading "Cookies and other technology", we do not use profiling or automated decision making (i.e., where an electronic system uses personal information to decide about you without human intervention).

## Cross border transfers of your personal information

We operate and provide products and services to guests located in many different countries around the world. The global nature of our business means that your personal information may be transferred across national boundaries, including, potentially, to countries that do not require companies to look after your personal information in the way you have come to expect in your own country. Your personal information may be subject to the laws of those foreign jurisdictions and may be accessible without notice to you by the courts, law enforcement and national security authorities of those foreign jurisdictions.  Where we transfer your personal information across national boundaries, we will protect your personal information by ensuring that those transfers are made in compliance with all relevant data protection laws.

If you would like further details on our use of non-Canadian service providers or how your personal information is protected when transferred from one country to another, please email us at privacy@westjet.com (mailto:privacy@westjet.com).

## Your obligations

The safety and security of your personal information also depends on you. While many of our services are publicly accessible, some of our services are accessible only through the use of an individual user ID and password. To protect the confidentiality of your personal information, you must keep any password associated with your use of our services confidential. Do not disclose it to any other person. Please let us know immediately if you believe that the confidentiality of your password has been compromised or if it has been misused. Please note that we will never ask you to disclose your password in an unsolicited phone call or email.

# What options do I have with respect to my personal information?

## Contacting us and exercising your privacy rights

Under certain conditions, you may have the right to access, correct and delete the personal information we hold about you and to withdraw your consent to our use and/or disclosure of your personal information.

In certain circumstances, we may need to restrict your rights in order to safeguard the rights of others, the public interest (like to prevent or detect crime) and our interests (like to maintain legal privilege).

We are obliged to keep your personal information accurate and up to date. Please help us to do this by advising us of any changes to your personal information.

If you have any questions or concerns regarding your personal information, or if you want to exercise any of your rights in relation to your personal information, please submit your request via our webpage Privacy and your personal information (/en-us/legal/privacy-policy/privacy-requests).

For any other issues, inquiries or complaints in relation to how we collect, use or disclosure your personal information, you can contact WestJet's Privacy Officer via:

- Email: privacy@westjet.com (mailto:privacy@westjet.com)
- Mail: 22 Aerial Place NE, Calgary, AB, Canada T2E 3J1

## Your right to complain

Where you make a request to exercise your rights in relation to your personal information or you make a complaint, we ask that you provide us with sufficient information so that we can properly address your request. Our response will be subject to verifying your identity. We will respond to your request within 30 days of receipt unless otherwise allowed or required by law. We reserve the right to refuse to provide personal information where we are not legally required or are prevented by applicable law to do so.

If you are still not satisfied with our use of your personal information or our response to any request by you to exercise your rights, or if you think that we have breached any relevant data protection laws, then you have the right to complain to the authority that supervises our processing of your personal information. If you are unsure of who that authority is, please email us at privacy@westjet.com (mailto:privacy@westjet.com).

# Local differences – United Kingdom and European Economic Area

Whilst this Privacy Statement describes the data protection practices adopted by us generally across the world, local data protection laws may vary. Specifically, our operations in the United Kingdom and European Economic Area may mean that we are subject to different, or additional, local data protection requirements.

Our main general Privacy Statement together with the information set out in this section constitutes our Privacy Statement for the purposes of our compliance with the data protection laws in the United Kingdom and European Economic Area. We set out below additional information, over and above the information set out in our main general Privacy Statement, that we are obliged to provide to you to comply with local data protection laws in the United Kingdom and European Economic Area.

## Purposes and legal bases for processing

**Providing our services**

**Services provided by WestJet**    Services booked/provided by third parties

**Main purposes for which we process your personal information**

We may process your personal information when you request services provided directly by WestJet so that we can (for example):

- process your flight booking;
- contact you about your booking (changes or cancellations);

- identify you to permit you to board an aircraft;
- notify you that WestJet travel credits have been created or are about to expire;
- process a refund;
- confirm identification and timing relating to the process of dropping off and meeting a minor registered in our unaccompanied minor program;
- review medical information to ensure that you qualify for a special arrangement, and to better assure the health and safety of all concerned in accommodating your special arrangement; or
- contact you following your flight to ask about your experiences in the form of a survey (which you can opt out of at any time).

**Legal bases upon which we process your personal information**

- Compliance with a legal obligation.
- To manage our contractual relationship with you.
- Legitimate interests - As an airline and travel provider we have a legitimate business interest to use the personal information we collect to offer an effective service and carry out our business.
- Consent - We may use your personal information based upon your consent, which you provide to us.
- For special categories of personal information- Substantial public interest for supporting individuals with a particular disability or medical condition.
- Vital interests in the case of a medical emergency.
- Explicit consent.

**Next tab**

Services booked/provided by third parties

## Providing our products

**WestJet-brand credit card**

**Main purposes for which we process your personal information**

If you have a WestJet-brand credit card, we use personal information to administer products and services like WestJet Rewards, to fulfil redemption requests and to serve you relevant advertising.

**Legal bases upon which we process your personal information**

- Compliance with a legal obligation.
- To manage our contractual relationship with you.
- Legitimate interests - As an airline and travel provider we have a legitimate business interest to use the personal information we collect to offer an effective service and carry out our business
- Consent - We may use your personal information based upon your consent which you provide to us.

## Providing information

**Comply with requests from government authorities**    Responding to inquiries and providing information about WestJet services    ‹ ›

**Main purposes for which we process your personal information**

WestJet may use your personal information where we are required to comply with requests from local or international government authorities.

**Legal bases upon which we process your personal information**

- Compliance with a legal obligation.

**Next tab**

Responding to inquiries and providing information about WestJet services

**Visitors to our website**

**Guest feedback**    Cookies and web beacons    ‹ ›

**Main purposes for which we process your personal information**

WestJet has a feedback section on our website where guests can submit comments. If you submit comments through this process, WestJet may use your personal information for training or employee recognition, and we may publish your comments internally.

**Legal bases upon which we process your personal information**

- Legitimate interests - As an airline and travel provider we have a legitimate business interest to use the personal information we collect to offer an effective service and carry out our business.

**Next tab**

Cookies and web beacons

**Events and contests**

**Main purposes for which we process your personal information**

If you enter a promotional contest, we use your personal information to administer the promotional contest, to confirm your eligibility according to the specific contest rules, and to communicate with you in the event you are a winner. Other information related to the promotion or contest may be used if required by law or by the particular type of promotion.

**Legal bases upon which we process your personal information**

- Legitimate interests - We have a legitimate interest in keeping you informed about events.
- When we send you marketing communications, there are separate laws regarding marketing communications that we adhere to, in addition to data protection laws. You may opt out of receiving marketing communications from us.
- Consent - We may use your personal information based upon your consent which you provide to us.

# Failure to provide your personal information to us

We cannot force you to provide your personal information to us and you can choose not to provide us with your personal information. Where we need to collect your personal information by law or in order to process your instructions, provide you with our products or services, or perform a contract we have with you and you decide not to provide that information when requested, we may not be able to carry out your instructions, provide our products and services, or perform the contract we have or are trying to enter into with you. In other circumstances where you choose not to provide us with your personal information we request, your decision not to provide us with your personal information may affect our ability to provide certain of our products and services.

# Your rights

Under certain conditions, you may have the right to require us to:

- provide you with further details on the use we make of your personal information;
- provide you with access to the personal information we hold about you;
- update any inaccuracies in the personal information we hold about you;
- delete any of your personal information that we no longer have a lawful ground to use;
- where processing is based on consent, stop that processing by withdrawing your consent;
- object to any processing based on our legitimate interests unless our reasons for undertaking that processing outweigh any prejudice to your data protection rights;
- where we make a decision about you based solely on our profiling activities and you do not agree with the decision we have made, perform a manual reassessment of our decision using the same information;
- restrict how we use your personal information whilst a complaint is being investigated; and/or
- transfer your personal information to a third party in a standardized machine-readable format.

In certain circumstances, we may need to restrict your rights to safeguard the public interest (for example, the prevention or detection of crime) and our interests (for example, the maintenance of legal privilege).

We are obliged to keep your personal information accurate and up to date. Please help us to do this by advising us of any changes to your personal information.

# Cross border transfers of your personal information outside of the United Kingdom

Where we transfer personal information from the United Kingdom to a country outside of the United Kingdom that is not recognized by the UK Information Commissioners Office (ICO) as providing an adequate level of data protection, we normally do so subject to safeguards that assure the protection of your personal information, such as the ICO approved Transitional Standard Clauses.

## Cross border transfers of your personal information outside of the European Economic Area

Where we transfer personal information from a country located within the European Union to a country outside of the European Union that is not recognized by the European Commission as providing an adequate level of data protection, we normally do so subject to safeguards that assure the protection of your personal information, such as the European Commission approved Standard Contractual Clauses.

---

Legal, restrictions and terms and conditions ⌄

---

**Download the app today**

Get your own copy of the WestJet app, and enhance your next travel experience.

**(https://apps.apple.com/ca/app/westjet/id85884**

### About WestJet

**Who We Are** (/en-us/who-we-are)

**Great Careers** (/en-us/careers)

**Newsroom**(/en-us/news)

**Our aircraft**(/en-us/aircraft)

**Destinations**(/en-us/destinations)

**Fares, Taxes, and Fees** (/en-us/flights/fares)

### Other Services

**WestJet for Business Travel** ⧉

**WestJet for Travel Agents** ⧉

**Book with WestJet Biz** ⧉

**Groups and Conventions** (/en-us/flights/groups)

**Book with a companion voucher** (/en-us/flights?iscompanionvoucher=true)

### Guest Support

**Travel Help and Support**(/en-us/help)

**Accessible Travel**(/en-us/special-needs)

**Flight Interruptions and Passenger Rights** (/en-us/interruptions)

**Share Feedback**(/en-us/contact/share-feedback)

### Legal

**Privacy Policy**(/en-us/legal/privacy-policy)

**Legal**(/en-us/legal)

**Modern Slavery Statement** (/content/dam/westjet/documents/en/westjet-modern-slavery-statement.pdf)

𝕏 (https://twitter.com/westjet)    ◎ (http://instagram.com/westjet)    f (https://www.facebook.com/westjet/)    in (https://www.linkedin.com/company/westjet)    ▶ (http://youtube.com/westjet)    ♪ (https://www.tiktok.com/@MS4wLjABAAAAe40vZfb-6oN0KdsGwMKtVl7qyE7KVBiL0cWU0x6PXI83JgsuIoTNosZNmklLovEj)

© WestJet. All rights reserved. ⧉ Indicates external site which may or may not meet accessibility guidelines and/or be translated.