# Exhibit B

Sign in

Flights    Offers    (/en-us) Manage Trips    Check In (/en-us/manage/check-in)    Flight Status (/en-us/flights/status)    WestJet Rewards    Help    🔍

# WestJet Rewards Loyalty Program Privacy Statement

**Last Updated: April 30, 2025**

WestJet Rewards® is a rewards program offered by WestJet to WestJet guests who are members of WestJet Rewards (each, a "**Member**"), including holders of a WestJet RBC® Mastercard, a WestJet RBC® World Elite Mastercard, and/or a WestJet RBC® World Elite Mastercard for Business (each, a "**WestJet Credit Card**").

WestJet Rewards allows Members to earn points through the purchase of products and services from WestJet and Sunwing Vacations Inc. ("Sunwing Vacations" and, collectively, the "**Rewards Group**"), as well as from WestJet's other partners, and to redeem those points for a variety of rewards.

This is our Privacy Statement relating specifically to the WestJet Rewards program. Please refer to our main Privacy Statements for WestJet (/en-us/legal/privacy-policy) and Sunwing Vacations ⧉ which describe how WestJet and Sunwing Vacations, respectively, use personal information more generally.

By providing us with your personal information and using any of the products or services provided by us that link to this Privacy Statement, you indicate your acceptance of this Privacy Statement, as well as any other terms that are described to you when your personal information is collected. If you do not agree with or are not comfortable with any aspect of this Privacy Statement, please do not use such products or services or otherwise provide your personal information to us.

We reserve the right to update or modify this Privacy Statement at any time with or without prior notice, as required or permitted by applicable law, including by posting an updated version on this website, at which time we will update the "last updated" date of this Privacy Statement to alert you of a change. Each time you use products or services that link or otherwise refer to this Privacy Statement, the version of this Privacy Statement then posted will apply to that use, so you should check this Privacy Statement each time you use such products or services.

## Who is WestJet?

For the purposes of this Privacy Statement, "**WestJet**", "**we**" or "**us**" means WestJet, an Alberta partnership, WestJet Group Inc.[1] and their respective controlled affiliates and subsidiaries[i] (including Sunwing Vacations) that are responsible for ensuring that we comply with relevant data protection laws when processing your personal information.

## What is personal information?

Personal information is information about an identifiable person, including information that reasonably can be used to identify a person, directly or indirectly, or would enable contact with a person. Personal information can be identification information (name), contact information (telephone number, email address and social media handle), travel information (reservation number, travel destination), and general information relating to your interactions with WestJet (transaction information and information about how you use WestJet's website collected through "Cookies," which is data that is sent to your browser from a website's computer, and stored on your computer's hard drive or mobile device). Personal information does not include anonymous information or information that relates to a group of people rather than individuals where the information does not otherwise contain identifying information.

There are different types of personal information. The most important type for you to know about in relation to this Privacy Statement is information relating to criminal convictions and offences that may arise in the course of WestJet investigating, detecting or preventing any fraud or harm to our system. Local data protection laws may restrict the way in which we can use this information when compared to, for example, your name and address.

## What about consent?

WestJet collects, uses and discloses personal information with your knowledge and consent (unless otherwise required or allowed by law). We limit the collection, use and disclosure of your personal information to the purposes we have identified in this Privacy Statement. If we identify a new purpose for your personal information, we will update this Privacy Statement and/or contact you to obtain your consent for the new purpose (unless otherwise allowed or required by law).

Where we process your personal information on the basis of your consent, you can withdraw your consent to our collection, use or disclosure of your information at any time. Once we receive notification that you have withdrawn your consent, we will no longer process your personal information for the purpose(s) to which you originally consented (unless there is another legal ground for the processing). Please note that where we rely on your consent to process your personal information and you choose to withdraw your consent, we will advise you of any consequences of the withdrawal of your consent as sometimes, withdrawing consent means we can no longer provide a product or service to you.

# What personal information does WestJet collect and how?

Generally, we collect your personal information directly from you (either over the phone, through our mobile applications or other digital platforms), where necessary to provide you with the products and services we offer.

We may also collect personal information from a third party service provider or someone acting on your behalf. Unless and until we are advised otherwise, we will consider a third party booking on your behalf to have your authority to provide us with your personal information in the same manner as if you were providing that information yourself. In the case of personal information of minors or those incapable of providing consent, those consenting on their behalf must be parents, legal guardians or legal representatives, as appropriate. Parents, legal guardians or legal representatives will exercise privacy and data protection rights on behalf of such individuals. See "Services booked for you by someone else" below for further information.

Here is a list of some of the personal information we might collect, including when and how we might collect it (this list includes only some examples and is not exhaustive):

- Your full name and contact information (such as your address, telephone number, email address and date of birth) when you enroll in WestJet Rewards.
- Information about your transactions with us or third parties (like air carriers, hotels, transportation and other service providers) where we coordinate the transactions for you (like when you redeem rewards). We may collect this information directly from you or through third parties.
- How you interact with the applications and technologies that we employ on our website when you access westjet.com and Cookies and other technologies are enabled on your computer or device. This is described further below and includes your computer or mobile device's information (like your unique device identifier, unique device token to facilitate push notifications through mobile apps, identifiers associated with equipment or systems, mobile manufacturer or carrier, mobile or data network systems, location or GPS/geo-location when you activate location functions, mobile number, passwords and payment information).
- Details about our interactions when you contact us, such as when and why you contacted us.
- When you redeem your points for a reward, details about the reward and any additional information necessary to fulfill your redemption request.

In addition, if you are a Member, we may collect personal information when you interact with any company in the Rewards Group, including:

- *When you make purchases or redemptions with a company in the Rewards Group,* that company provides information about the transaction to us – such as transaction date, dates of travel, price, destination, products purchased (ticket type, checked bag, advance seat selection, hotel, etc.) and any other information you provided as part of that transaction.
- *When you receive any Rewards Group emails*, we may collect information about how you engage with us, such as whether and when you open your emails – for more details, please see "Cookies and other technology".
- *When you visit or use any Rewards Group website*, mobile application or any other Rewards Group online platform, we may collect information such as the webpages you viewed, search queries, frequency of visits, time spent on the site or application, and location information – for more details, please see the terms and conditions of the applicable website or mobile application, and "Cookies and other technology".
- *When you interact with the Rewards Group social media pages and contests*, we may collect or receive information about that interaction.

This collection can include information about past interactions – including those that occurred before you became a Member – so we can more quickly understand your preferences and tailor the program to you.

If you are a Member, we may collect personal information when you interact with our program partners. For example:

- *If you accumulate points or make a redemption*, we receive a description of the transaction (including location information).[2] We collect browsing data from website co-branded with WestJet Rewards and, for purchases on non co-branded third-party website accessed via the WestJet Rewards platform, we also collect information about what product was purchased using cookies – for more information about our use of cookies see "Cookies and other technology" below.
- *If you are a WestJet Credit Card holder*, WestJet will receive information about you from the financial institution that issued you a WestJet Credit Card – including information about specific transactions made with the card. The transaction information may include: the merchant's name, location, date and amount of purchase. This information sharing is described in more detail in the cardholder documents provided with your WestJet Credit Card.
- *If you provide a separate consent to link a program partner's loyalty or marketing program with your WestJet account*, the program partner may share additional information with us as set out in that consent.

# How does WestJet use personal information?

The way WestJet uses your personal information may differ depending upon how you interact with us, and what services or products you request and we provide. The sections below provide details on specific ways that we may use your personal information.

If you sign up for a WestJet Rewards account, WestJet uses your personal information to manage your bookings and travel with us, and to administer and process WestJet flight credits, travel credits, and WestJet points, and to extend exclusive offers to you based on your interests and travel activities. If you opt-in for electronic communications, WestJet uses your personal information, including your travel preferences and demographic information, to communicate specific information to you that we think may be of interest to you.

Examples of some of the ways we use your personal information to manage WestJet Rewards include:

- *Communicating with you*, for example to advise you of changes to the WestJet Rewards program or respond to your questions.
- *Administering our websites and mobile application*, and make them easier for you to use, for example by pre-populating forms with your contact information or other applicable personal information.
- *Addressing customer service matters*, including reward travel reservations and questions you may have about your account.
- *Monitoring and maintaining the quality of our operations*, such as monitoring or recording telephone discussions with our representatives for quality assurance purposes.

Some of the ways we use your personal information to maximize the value of your WestJet Rewards membership to you include:

- *Understanding your preferences*, needs and interests better in order to develop and enhance offers, promotions, benefits, contests, products and services that are relevant to you.
- *Sending you offers about accumulation and redemption opportunities, benefits*, products and services related to WestJet Rewards and our partners that are most likely to be of interest to you. This includes serving you advertisements on other websites (for more information, see "Cookies and other technology" below.)

We also use your personal information to improve the WestJet Rewards program and address our business or legal needs, including:

- Measuring the success or effectiveness of offers, promotions, benefits, contests, products and services associated with WestJet.
- Generating de-identified information for further analysis, such as to identify trends about Members as a whole, including to support program growth or engagement.
- Protecting our business or legal interests, such as to investigate, detect or prevent fraud or harm to our systems.
- Fulfilling other purposes to which you may consent, or as permitted or required by applicable law.

In addition, we may use your personal information to personalize offers for you. We may, for example, consider trends in your accumulation and redemption of points across various sectors to determine which program partners, offers, promotions, benefits, contests, products and services are most relevant to you.

## Services booked for you by someone else

If a third party like a travel agent, family member or employer makes a booking or request on your behalf, WestJet uses your personal information as provided by them to manage those booking or requests. The way in which that third party collects, uses and discloses your personal information is subject to your dealings with them and their privacy policies and practices, not those of WestJet. Any inquiries about the privacy policies and practices of third parties should be directed to them.  That third party is responsible for obtaining your consent for the collection, use and disclosure of your personal information by WestJet as described in this Privacy Statement; they are also responsible for advising you of this Privacy Statement, including any amendments.

## Services provided by WestJet partners and service providers

When you book a hotel room, a car rental and/or any other service made available through a third party to WestJet, WestJet uses your personal information to confirm, provide and/or otherwise facilitate the service you have booked. Any such third party is responsible for obtaining your consent for the collection, use and disclosure of your personal information by WestJet as described in this Privacy Statement, and advising you of this Privacy Statement, including any amendments.

WestJet also engages third party service providers for information technology, data processing, data storage and other services  that assist us with delivering products and services to you. We use your personal information when interacting, engaging with or using the services of these third parties, in accordance with this Privacy Statement and other contractual arrangements entered into with such parties that stipulate how your personal information is to be processed.  These include complying with privacy laws, safeguarding the personal information, and only processing that information under our direction for permitted purposes.

## WestJet Credit Card

If you have a WestJet Credit Card, we use personal information to administer products and services like WestJet rewards, to fulfil redemption requests and to serve you relevant advertising. If available, you may also opt-in to provide personal information that WestJet will use to provide you with a more tailored program experience based on where you shop, including more personalized and relevant offers, travel benefits, programs and awards opportunities. You can find more information about the type of personal information used in relation to WestJet Credit Cards by reviewing the cardholder agreement issued by your financial institution, which was included with your credit card.

**Promotional Contests**

WestJet offers promotions from time to time. If you enter a promotional contest, we use your personal information to administer the promotional contest, to confirm your eligibility according to the specific contest rules, and to communicate with you in the event you are a winner. Other information related to the promotion or contest may be used if required by law or by the particular type of promotion.

## Cookies and other technology

If you use WestJet's mobile application and/or access WestJet's website or other online platforms, we use Cookies to track your movements, interactions, usage patterns and habits in order to better understand and meet your preferences for website use, to provide you with a customized experience when you visit, and to serve you advertising. We use third-party advertising technology to serve customized ads to you and while doing so, a third-party Cookie may be placed or recognized by your browser. If you want to opt out of customized advertising through AdChoices, simply click on the AdChoices Icon in a banner ad. If you want to opt out of customized advertising on Facebook, click the x icon or Close icon on the top right corner of a Facebook ad and select 'Why am I seeing this?'. If you want to opt out of receiving interest-based ads on Amazon, visit the relevant Amazon Ads Preferences page, the Digital Advertising Alliance's opt-out page, YourOnlineChoices page for your location, or the Digital Advertising Alliance of Canada's opt-out page, as applicable.

WestJet uses pixels or transparent GIF files, often referred to as "Web Beacons", to help manage and optimize our online advertising. These are provided by external entities like Google, Amazon, and Facebook and other social media companies, and enable our ad servers to recognize a browser's Cookie when a browser visits our website, and to learn which banner ads bring users to our website. The technology may also allow other service providers to receive information from our website related to our online advertising. Cookies and Web Beacons do not contain your name, address, telephone number, or email address.

## How does WestJet disclose personal information?

WestJet discloses personal information as reasonably required to process your request to redeem rewards for travel services, including flights, hotel and car bookings, to provide other requested services to you, and to display relevant advertising, as is required or permitted by law, or as otherwise set out in this Privacy Statement. Here is a list of some of the ways we might disclose your personal information (this list includes only examples and is not exhaustive):

- To maximize the value of your WestJet Rewards membership to you, and to serve you better, we collaborate extensively with other companies in the Rewards Group. Part of this collaboration involves sharing relevant personal information with companies in the Rewards Group, including our understanding of your interests, preferences and purchasing patterns. Companies in the Rewards Group then use that personal information to better tailor their travel-related offers to you in order to provide you with more opportunities to earn points and to receive rewards.
- We share your personal information with a program partner as necessary to fulfill a redemption transaction, such as your name, contact information and point balance, including when you use your WestJet Rewards credentials on a partner website or application.
- We may share information about your activity in the program or general characteristics about you with any of our partners of which you are a customer, so that the partner can make relevant offers to you that allow for the accumulation or redemption of points, or otherwise provide a Member-related benefit or privilege, or use it for other purposes permitted under its own privacy policy. For example, we may share your contact information, your program status, how long you have been a Member, which region you live in, your age range, and that you had at least a certain number of transaction within a partner category in a period of time.
- We may share your contact information to organizations with programs that are affiliated to WestJet or that might interest you, so that they can get in touch with you and offer their products and/or services. This personal information is only disclosed with your consent, which you may withdraw at any time.
- We may share your personal information to address a customer service issue or as permitted by law, for example to assist in detecting or preventing fraud.
- We may share identifying information of Members, such as name, contact information and country of residence, in a hashed format, with social media platforms or internet search providers with which you have an existing relationship. This information is shared for the purpose of extending exclusive membership-related offers and benefits to Members who use the services of these third parties by delivering customized advertising to you and other individuals on social media platforms and for building lookalike audiences, using tools such as Meta's Custom Audiences and Lookalike Audiences features. You may disable this use of your data at any time by contacting us as set out in this Privacy Statement.
- Where you provide a separate consent to link a program partner's loyalty or marketing program with your WestJet Rewards account, then we may share additional information with that program partner as set out in that consent; provided, however, that we will not share with our program partners the personal information that we receive from financial institutions regarding WestJet Credit Card holders, without your separate consent.
- Where WestJet shares your personal information with program partners, those program partners are contractually required to comply with privacy laws in collecting, using, disclosing and safeguarding your personal information. Although we make reasonable efforts to ensure that our program partners respect your privacy, ultimately program partners control the personal information that we share with them, and they are responsible to you for their privacy practices and compliance with applicable privacy laws.
- We reserve the right to disclose and/or transfer personal information to a related party in the event of a proposed or completed corporate reorganization and to a related party or third party in the event of a proposed or completed purchase, sale (including a liquidation, realization, foreclosure or repossession), lease, license, merger, amalgamation or any other type of acquisition, disposal, transfer, conveyance, financing, the taking of security on, or securitization of all or any portion of WestJet or of any of the business or assets or shares of WestJet or a division thereof, in order for you to continue to receive the same products and services from such related party or third party.
- We may also disclose aggregated and anonymized information, which no longer allows an individual to be directly or indirectly identified, for study or research purposes, for the production of statistics, and such other purposes as permitted by applicable law.

# How does WestJet protect my personal information?

## Security

WestJet has sophisticated security measures and procedures in place to help ensure that your personal information is protected from misuse and from unauthorized access, use or disclosure. However, no data transmission over the internet can be guaranteed to be 100% secure. We cannot ensure the security of the information you transmit to us over the internet.

## Data governance policies and practices

WestJet is committed to protecting your personal information and has implemented a comprehensive set of policies and practices to do so. These measures take into account the volume, sensitivity, intended use, and format of the information, and generally include the following:

- We have established a comprehensive privacy framework that defines the roles and responsibilities of our employees throughout the data lifecycle. This framework includes policies governing the collection of data, data retention and secure disposal of data. In addition, our policy framework includes a process for handling privacy complaints in a timely and effective manner. Through these and additional measures, we work to promote a culture of privacy awareness within our organization.
- Internal policies and technical measures to limit access to your personal information within our organization to employees who need access to that information to perform their job functions. For example, depending on the nature and context of our interaction with you, certain types of information may be accessed by our guest support team to respond to complaints and inquiries. Any access or use of your personal information is subject to our internal privacy and data security policies.
- A dedicated Privacy Officer responsible for monitoring our compliance with applicable privacy laws and regulations and responding to privacy inquiries and complaints.

## Retention of information

Personal information collected by WestJet is retained for as long as it is reasonably required for the purposes for which it was collected, or as permitted or required by law, following which it is securely destroyed or made anonymous.

## Profiling and automated decision making

We use profiling (where an electronic system uses personal information to try and predict something about you) to provide you with customized experiences and serve you customized advertising.

Apart from the use of technologies such as cookies to serve you customized advertising as described above under the heading "Cookies and other technology", we do not use profiling or automated decision making (i.e., where an electronic system uses personal information to decide about you without human intervention).

## Cross border transfers of your personal information

We operate and provide products and services to guests located in many different countries around the world. The global nature of our business means that your personal information may be transferred across national boundaries, including, potentially, to countries that do not require companies to look after your personal information in the way you have come to expect in your own country. Your personal information may be subject to the laws of those foreign jurisdictions and may be accessible without notice to you by the courts, law enforcement and national security authorities of those foreign jurisdictions.  Where we transfer your personal information across national boundaries, we will protect your personal information by ensuring that those transfers are made in compliance with all relevant data protection laws.

If you would like further details on our use of non-Canadian service providers or how your personal information is protected when transferred from one country to another, please email us at privacy@westjet.com (mailto:privacy@westjet.com).

## Your obligations

The safety and security of your personal information also depends on you. While many of our services are publicly accessible, your WestJet Rewards account information and some of our services are accessible only through the use of an individual user ID and password. To protect the confidentiality of your personal information, you must keep any password associated with your use of our services confidential. Do not disclose it to any other person. Please let us know immediately if you believe that the confidentiality of your password has been compromised or if it has been misused. Please note that we will never ask you to disclose your password in an unsolicited phone call or email.

# What options do I have with respect to my personal information?

## WestJet Rewards account

If you sign up for a WestJet Rewards account, you can view, manage and modify your personal information on your own by signing into your account. You can also opt-in or out of features like electronic communications about seat sales, WestJet Vacations promotional offers and special offers from our partners.

You can cancel your WestJet Rewards account at any time by submitting a request online (/en-ca/rewards/contact-us/contact-form). However, WestJet can only administer flight credits, travel credits and WestJet points through a WestJet Rewards account so cancelling your account means that you will forfeit any flight credits, travel credits and/or WestJet points you have. You will also no longer receive electronic communications about promotions and offers.

## Contacting us and exercising your privacy rights

Under certain conditions, you may have the right to access and correct the personal information we hold about you and to withdraw your consent to our use and/or disclosure of your personal information.

In certain circumstances, we may need to restrict your rights in order to safeguard the rights of others, the public interest (like to prevent or detect crime) and our interests (like to maintain legal privilege).

We are obliged to keep your personal information accurate and up to date. Please help us to do this by advising us of any changes to your personal information.

If you wish to update, correct or remove any information associated with your WestJet Rewards account, please use the Rewards online form (/en-ca/rewards/contact-us/contact-form). If you have any questions or complaints in relation to our collection, use or disclosure of your personal information, or if you want to exercise any of your rights in relation to your personal information, please submit your request via our Privacy Request Form (/en-ca/legal/privacy-policy/privacy-requests).

For any other issues, concerns or inquiries regarding our use of your personal information, you can contact WestJet's Privacy Officer via:

- Email: privacy@westjet.com (mailto:privacy@westjet.com)
- Mail: 22 Aerial Place NE, Calgary, AB, Canada T2E 3J1

## Your right to complain

Where you make a request to exercise your rights in relation to your personal information or you make a complaint, we ask that you provide us with sufficient information so that we can properly address your request. Our response will be subject to verifying your identity. We will respond to your request within 30 days of receipt unless otherwise allowed or required by law. We reserve the right to refuse to provide personal information where we are not legally required or are prevented by applicable law to do so.

If you are still not satisfied with our use of your personal information or our response to any request by you to exercise your rights, or if you think that we have breached any relevant data protection laws, then you have the right to complain to the authority that supervises our processing of your personal information. If you are unsure of who that authority is, please email us at privacy@westjet.com (mailto:privacy@westjet.com).

# Local differences – United Kingdom and European Economic Area[1]

Whilst this Privacy Statement describes the data protection practices adopted by us generally across the world in respect of the WestJet Rewards program, local data protection laws may vary. Specifically, our operations in the United Kingdom and European Economic Area may mean that we are subject to different, or additional, local data protection requirements.

The sections of this Privacy Statement set out above together with the information set out in this local differences section constitutes our Privacy Statement for the purposes of our compliance with the data protection laws in the United Kingdom and European Economic Area in respect of the WestJet Rewards program. We set out below additional information, over and above the information set out in the rest of this Privacy Statement, that we are obliged to provide to you to comply with local data protection laws in the United Kingdom and European Economic Area.

# Purposes and legal bases for processing

We have set out below information on the main purposes for which we use your personal information and our legal basis for processing in these contexts. Please see the sections above on 'How does WestJet use personal information' and 'How does WestJet disclose personal information' for further information on our use of your personal information.

## Providing the WestJet Rewards program

| Purpose | Legal basis for processing |
| --- | --- |
| **WestJet Rewards**: main purposes for which we process your personal information | Legal bases upon which we process your personal information<br>• Contract - To manage our contractual relationship with you. |

If you sign up for a WestJet Rewards account, WestJet uses your personal information to manage your bookings and travel with us, and to administer and process WestJet flight credits, travel credits, the redemption of rewards for travel services and WestJet points.

This includes communicating with you about the WestJet Rewards program and responding to your queries.

It also includes collaborating with other companies in the Rewards Group and certain of our partners with whom you have an existing customer relationship to provide you with exclusive, personalised offers based on your interests and travel activities.

**WestJet Credit Card**: main purposes for which we process your personal information

If you have a WestJet Credit Card, we use personal information to administer WestJet Rewards, to fulfil redemption requests and to serve you relevant advertising.

Legitimate interests - As an airline and travel provider we have a legitimate business interest in using the personal information we collect to offer and administer the WestJet Rewards program and the WestJet Credit Card.

- Consent - We may use your personal information based upon your consent where applicable. Please note that when we send you marketing communications, there are separate laws regarding marketing communications that we adhere to, in addition to data protection laws. You may opt out of receiving marketing communications from us at any time.

## Complying with requests from government authorities and legal obligations

| Purpose | Legal basis for processing |
|---|---|
| Main purposes for which we process your personal information WestJet may use your personal information where we are required to comply with requests from local or international government authorities in respect of the WestJet Rewards program. We may also use your personal information for the detection or prevention of fraud in relation to the WestJet Rewards program. | • Legal obligation – Compliance  with a legal obligation.<br>• Legitimate interests – We have a legitimate interest in complying with requests from local or international government authorities, and in detecting and preventing fraud.<br>• Preventing or detecting unlawful acts and preventing fraud – we may process criminal convictions information in relation to the prevention of fraud |

## Visitors to our website and mobile app users

| Purpose | Legal basis for processing |
|---|---|
| Main purposes for which we process your personal information Our website and mobile app use cookies and similar technologies to help them work more efficiently and to provide us with information on how they are being used, as described in the 'Cookies and other technology' section of this Privacy Statement. | • Legitimate interests – We have a legitimate interest in providing to you the facilities on our website and app that you have requested and in understanding how our website and app are used and the relative popularity of the content on them.<br>• Consent – where we cannot rely on our legitimate interests to process your personal information for any of these purposes, we will do so only with your consent. |

## Promotional contests

| Purpose | Legal basis for processing |
|---|---|
| Main purposes for which we process your personal information If you enter a promotional contest in relation to the WestJet Rewards program, we use your personal information to administer the promotional contest, to confirm your eligibility according to the specific contest rules, and to communicate with you in the event you are a winner. Other information related to the promotion or contest may be used if required by law or by the particular type of promotion. | • Legitimate interests - We have a legitimate interest in keeping you informed about events.<br>• Consent - We may use your personal information based upon your consent which you provide to us, where applicable. Please note that when we send you marketing communications, there are separate laws regarding marketing communications that we adhere to, in addition to data protection laws. You may opt out of receiving marketing communications from us at any time. |

# Failure to provide your personal information to us

We cannot force you to provide your personal information to us and you can choose not to provide us with your personal information. Where we need to collect your personal information by law or in order to process your instructions, provide you with our products or services, or perform a contract we have with you and you decide not to provide that information when requested, we may not be able to carry out your instructions, provide our products and services, or perform the contract we have or are trying to enter into with you. In other circumstances where you choose not to provide us with your personal information we request, your decision not to provide us with your personal information may affect our ability to provide certain of our products and services.

# Your rights

Under certain conditions, you may have the right to require us to:

- provide you with further details on the use we make of your personal information;
- provide you with access to the personal information we hold about you;
- update any inaccuracies in the personal information we hold about you;
- delete any of your personal information that we no longer have a lawful ground to use;
- where processing is based on consent, stop that processing by withdrawing your consent;
- object to any processing based on our legitimate interests unless our reasons for undertaking that processing outweigh any prejudice to your data protection rights;
- where we make a decision about you based solely on our profiling activities and you do not agree with the decision we have made, perform a manual reassessment of our decision using the same information;
- restrict how we use your personal information whilst a complaint is being investigated; and/or
- transfer your personal information to a third party in a standardized machine-readable format.

In certain circumstances, we may need to restrict your rights to safeguard the public interest (for example, the prevention or detection of crime) and our interests (for example, the maintenance of legal privilege).

We are obliged to keep your personal information accurate and up to date. Please help us to do this by advising us of any changes to your personal information.

# Joint controller arrangement in relation to the WestJet Rewards program

For the purposes of the data protection laws in the United Kingdom and the European Economic Area, WestJet (the Alberta partnership) and its affiliates WestJet Loyalty Holding LP and WestJet Loyalty LP are considered to be joint controllers of the personal information processed in connection with the operation of the WestJet Rewards program. A joint controller arrangement generally means that the joint controllers will share certain personal information and will determine jointly how and why that personal information is processed. It also means that they are jointly responsible to you under those laws for that processing. WestJet is the day-to-day manager of the WestJet Rewards program and is the only one of the three parties that will collect and, ordinarily, hold a copy of your personal information in relation to the WestJet Rewards program. For this reason, the joint controllers have agreed that WestJet will be: (i) primarily responsible for ensuring that the joint controllers comply with the data protection laws in the United Kingdom and the European Economic Area in respect of the personal information processed in connection with WestJet Rewards program and (ii) the primary contact for all privacy related queries, issues or requests relating to the WestJet Rewards program. Please note that, in the context of this joint controller arrangement, your personal information will continue to be processed as described in this Privacy Statement. If you would like further information on this joint controller arrangement, please contact privacy@westjet.com (mailto:privacy@westjet.com).

# Cross border transfers of your personal information outside of the United Kingdom

Where we transfer personal information from the United Kingdom to a country outside of the United Kingdom that is not recognized by the UK Information Commissioners Office (ICO) as providing an adequate level of data protection, we normally do so subject to safeguards that assure the protection of your personal information, such as standard contractual clauses approved by the UK Government.

# Cross border transfers of your personal information outside of the European Economic Area

Where we transfer personal information from a country located within the European Union to a country outside of the European Union that is not recognized by the European Commission as providing an adequate level of data protection, we normally do so subject to safeguards that assure the protection of your personal information, such as the European Commission approved Standard Contractual Clauses.

**Download the app today**

Get your own copy of the WestJet app, and enhance your next travel experience.

(https://apps.apple.com/ca/app/westjet/id85884

About WestJet

**Who We Are**    **(/en-us/who-we-are)**

**Great Careers**    **(/en-us/careers)**

**Newsroom(/en-us/news)**

**Our aircraft(/en-us/aircraft)**

**Destinations**    **(/en-us/destinations)**

**Fares, Taxes, and Fees**    **(/en-us/flights/fares)**

Other Services

**WestJet for Business Travel** ↗

**WestJet for Travel Agents** ↗

**Book with WestJet Biz** ↗

**Groups and Conventions**    **(/en-us/flights/groups)**

**Book with a companion voucher**    **(/en-us/flights?iscompanionvoucher=true)**

Guest Support

**Travel Help and Support(/en-us/help)**

**Accessible Travel(/en-us/special-needs)**

**Flight Interruptions and Passenger Rights**    **(/en-us/interruptions)**

**Share Feedback(/en-us/contact/share-feedback)**

Legal

**Privacy Policy(/en-us/legal/privacy-policy)**

**Legal(/en-us/legal)**

**Modern Slavery Statement**    **(/content/dam/westjet/documents/en/westjet-modern-slavery-statement.pdf)**

𝕏 (https://twitter.com/westjet)    ⓘ (http://instagram.com/westjet)    f (https://www.facebook.com/westjet/)
in (https://www.linkedin.com/company/westjet)    ▶ (http://youtube.com/westjet)
♪ (https://www.tiktok.com/@MS4wLjABAAAAe40vZfb-6oN0KdsGwMKtVl7qyE7KVBiL0cWU0x6PXI83JgsuIoTNosZNmklLovEj)

© WestJet. All rights reserved. ↗  Indicates external site which may or may not meet accessibility guidelines and/or be translated.